UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MADISON R. BAILEY,                        )
                                          )
            Plaintiff,                    )
v.                                        )         No.  1:20-cv-105-JRG-DCP
                                          )
ANDREW SAUL,                              )
Acting Commissioner of Social Security,   )
                                          )
                                          )
            Defendant.                    )

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.  Now before the Court is Defendant's Unopposed Motion for Extension of Time to File Answer [Doc. 8], Motion to Withdraw [Doc. 9], and Second Unopposed Motion for Extension of Time to File Answer [Doc. 10].

Defendant seeks [Doc. 10] a sixty-day extension of time to file the electronic Certified Administrative Record and Answer to Plaintiff's Complaint, stating that the COVID-19 pandemic has adversely impacted the Office of Appellate Operations' production of electronic case files. The motion also relates that Plaintiff does not object to the present request.  Defendant also moves to withdraw [Doc. 9] its previous request for an extension [Doc. 10] in order to correct the requested time of extension.

Therefore, due to the lack of opposition from Plaintiff, and for good cause shown, Defendant's Second Unopposed Motion for Extension of Time to File Answer [Doc. 10] is **GRANTED**, and the Commissioner shall file the Certified Administrative Record and Answer to Plaintiff's Complaint by **December 4, 2020**.  Accordingly, Defendant's Motion to Withdraw [Doc.

9] is **GRANTED**, and Defendant's Unopposed Motion for Extension of Time to File Answer [Doc. 8] is **DENIED AS MOOT**.

       **IT IS SO ORDERED.**

                ENTER:

                _____

                Debra C. Poplin
                United States Magistrate Judge